USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

06 CV 3428 (PKC)

ROUTE HOLDING INC. and
BEAM COMPANY INC.,

Plaintiff,

- against -

**STIPULATED ORDER
DIRECTING RELEASE OF FUNDS
AND DISMISSAL OF ACTION**

INTERNATIONAL OIL OVERSEAS INC.
a/k/a IOOI and MARINA WORLD SHIPPING CORP.,

Defendant

------------------------------------------------X

WHEREAS, Plaintiffs, ROUTE HOLDING INC. and BEAM COMPANY INC.,

("Plaintiffs") commenced this action with the filing of a Verified Complaint on May 4, 2006; and

WHEREAS, on application of the Plaintiffs, Process of Maritime Attachment and

Garnishment ("PMAG") was issued on May 4, 2006 pursuant to Supplemental Rule B directing

the restraint of assets of Defendants INTERNATIONAL OIL OVERSEAS INC. ("IOOI") and

MARINA WORLD SHIPPING CORP. ("MWS") in the amount of $481,728.59; and

WHEREAS, the PMAG was subsequently served on several banking institutions

including ABN Amro Bank and JP Morgan Chase Bank; and

WHEREAS, funds belonging to MWS have been restrained at JP Morgan Chase Bank

pursuant to the subject PMAG; and

WHEREAS, Plaintiffs and Defendant IOOI have now agreed to settle the claims of

Plaintiffs for the sum of $358,000.00, inclusive of interest and costs; and

WHEREAS, in consideration of undertakings from IOOI and for convenience only MWS has expressly agreed, on a without prejudice basis and without admission of any liability or obligation whatsoever by MWS towards Plaintiffs or for the debts of IOOI, to allow the $358,000.00 to be paid out of its funds restrained at JP Morgan Chase Bank pursuant to the PMAG;

IT IS HEREBY STIPULATED AND AGREED, that the sum of $358,000.00 shall be released by JP Morgan Chase Bank to the Trust Account of Plaintiffs' counsel, Tisdale and Lennon, LLC, with the remainder to be released to Freehill, Hogan & Mahar LLP, counsel for Defendant MWS; and

IT IS FURTHER STIPULATED AND AGREED that this action be dismissed with prejudice and without costs to any party subject to being reopened within thirty (30) days should the funds to be released hereunder not be received by their intended beneficiaries.

NOW THEREFORE, on application of the Parties it is hereby

ORDERED, that $358,000.00 of the funds currently attached pursuant to the instant attachment at JP Morgan Chase Bank shall be released to the Trust Account of Plaintiffs' counsel, Tisdale and Lennon, LLC, with the remainder to be released to Freehill, Hogan & Mahar LLP, counsel for Defendant MWS; and

NYDOCS1/271861.1                                    -2-

IT IS FURTHER ORDERED, that this action is dismissed with prejudice and without

costs to any party subject to being reopened within thirty (30) days of the date of this Order

should the funds not be received by the intended beneficiaries.

Dated: November 7, 2006
New York, New York

The Plaintiffs,
ROUTE HOLDING INC. and
BEAM COMPANY INC.


By: _____
Patrick F. Lennon  (PL2162)
Nancy R. Peterson (NP2981)
TISDALE & LENNON, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 (Phone)
(212) 869-0067 (Fax)
plennon@tisdale-lennon.com
npeterson@tisdale-lennon.com

The Defendants,
MARINA WORLD SHIPPING CORP and
INTERNATIONAL OIL OVERSEAS INC.
a/k/a IOOI


By: _____
Michael E. Unger, Esq. (MU 0045)
FREEHILL HOGAN AND MAHAR LLP
80 Pine Street
New York, New York 10005
(212) 425-1900 (Phone)
(212) 425-1901 (Fax)
unger@freehill.com

SO ORDERED:

_____
Hon. P. Kevin Castel, U.S.D.C.J.
11-13-06